**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 327 WAL 2020

           Respondent                     :

                                       :   Petition for Allowance of Appeal
                                       :   from the Order of the Superior Court

            v.                            :

                                       :

LENNY RAMON SHORT,                 :

                                       :

            Petitioner                    :

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 23rd day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.